

NUMBER 13-08-00224-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

IN RE WANDA JUNE CRENSHAW MCDANIEL

On Petition for Writ of Mandamus

MEMORANDUM OPINION

Before Justices Yañez, Rodriguez, and Vela
Per Curiam Memorandum Opinion[1]

Relator, Wanda June Crenshaw McDaniel, filed a petition for writ of mandamus in the above cause on April 21, 2008. The Court, having examined and fully considered the petition for writ of mandamus, is of the opinion that relator has not shown herself entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Memorandum Opinion delivered and filed
this 28th day of April, 2008.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).